Exhibit A

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Illegal Ass 2," Copyright Reg. No. PA0001366719

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.33.110.244 | 2012-01-15 07:41:29 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 2 | 108.33.35.69 | 2012-01-09 11:36:10 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 3 | 108.33.55.15 | 2011-11-20 19:41:52 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 4 | 108.33.9.167 | 2011-12-05 02:30:51 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 5 | 108.9.138.134 | 2011-12-22 02:13:18 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 6 | 108.9.193.133 | 2011-12-22 21:48:21 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 7 | 173.169.142.174 | 2011-11-19 01:22:03 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 8 | 173.170.0.41 | 2011-11-26 12:25:01 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 9 | 173.170.39.130 | 2011-11-15 15:07:11 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 10 | 173.171.94.143 | 2011-12-08 11:01:35 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 11 | 173.65.181.128 | 2011-11-15 08:16:47 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 12 | 173.65.220.50 | 2011-11-17 23:12:13 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 13 | 173.65.57.150 | 2011-12-12 23:26:48 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 14 | 173.65.76.218 | 2011-11-27 08:27:30 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 15 | 173.65.78.134 | 2012-01-07 14:24:44 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 16 | 173.78.109.111 | 2011-12-03 19:41:39 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 17 | 173.78.123.7 | 2011-11-24 14:21:48 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 18 | 173.78.161.221 | 2011-12-20 12:45:59 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 19 | 173.78.168.147 | 2011-12-12 20:39:32 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 20 | 173.78.52.206 | 2011-12-13 11:19:39 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 21 | 173.78.53.25 | 2011-12-13 03:03:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 22 | 173.78.72.111 | 2011-11-29 21:16:35 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 23 | 174.48.122.67 | 2012-01-02 20:22:22 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 24 | 174.48.198.43 | 2011-11-16 14:45:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 25 | 174.48.204.150 | 2011-11-20 18:59:29 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 26 | 174.48.61.226 | 2011-12-06 00:47:45 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 27 | 174.48.79.54 | 2011-12-18 19:47:49 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 28 | 174.58.1.3 | 2011-12-11 23:34:13 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
|---|---|---|---|---|---|
| Doe 29 | 174.58.227.136 | 2012-01-06 16:58:03 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 30 | 174.61.44.203 | 2011-11-16 16:25:32 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 31 | 184.88.199.251 | 2012-01-02 22:46:45 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 32 | 24.110.64.112 | 2011-11-16 09:19:45 -0500 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 33 | 24.127.224.193 | 2011-11-26 20:51:04 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 34 | 24.127.239.36 | 2011-12-04 02:59:59 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 35 | 24.129.120.57 | 2011-11-28 02:59:50 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 36 | 24.129.37.7 | 2011-12-24 05:27:09 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 37 | 24.129.95.41 | 2011-12-11 22:15:30 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 38 | 24.214.29.61 | 2011-12-31 18:59:39 -0500 | Knology | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 39 | 24.236.123.63 | 2011-12-28 19:06:04 -0500 | Knology | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 40 | 24.250.199.131 | 2011-11-20 21:00:00 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 41 | 24.26.12.183 | 2011-12-04 16:02:27 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 42 | 24.26.50.138 | 2011-12-16 04:21:48 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 43 | 24.92.216.113 | 2011-12-14 23:05:03 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 44 | 65.32.108.195 | 2011-11-29 16:20:41 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 45 | 65.32.117.84 | 2012-01-11 17:37:42 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 46 | 65.32.126.174 | 2011-11-18 16:38:38 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 47 | 65.34.161.170 | 2011-12-04 16:35:22 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 48 | 66.176.198.75 | 2011-12-20 05:51:00 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 49 | 66.176.249.160 | 2011-11-30 09:38:39 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 50 | 66.176.86.165 | 2011-11-16 03:02:50 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 51 | 66.177.1.83 | 2012-01-02 00:41:07 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 52 | 66.177.165.179 | 2011-11-19 03:48:47 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 53 | 66.177.187.68 | 2011-12-13 22:22:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 54 | 66.177.191.24 | 2011-12-09 03:23:51 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 55 | 66.177.36.145 | 2011-11-27 15:10:25 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 56 | 66.177.72.101 | 2011-12-19 04:22:13 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 57 | 66.229.164.106 | 2011-12-03 22:38:26 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 58 | 66.229.177.231 | 2011-11-15 22:16:36 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 59 | 66.229.2.122 | 2011-11-21 23:16:04 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 60 | 66.229.234.190 | 2011-11-17 13:32:09 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 61 | 66.229.246.250 | 2011-12-21 23:02:38 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 62 | 66.229.72.245 | 2011-12-18 22:13:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 63 | 66.229.88.232 | 2011-12-30 02:59:54 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 64 | 67.190.197.167 | 2011-12-02 01:25:49 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
|---|---|---|---|---|---|
| Doe 65 | 67.190.233.12 | 2011-12-07 01:28:18 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 66 | 67.8.103.52 | 2011-11-29 11:51:17 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 67 | 68.1.38.114 | 2011-12-28 23:38:48 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 68 | 68.200.178.136 | 2012-01-08 03:15:13 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 69 | 68.200.183.117 | 2012-01-04 22:35:47 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 70 | 68.200.76.22 | 2011-11-16 14:52:16 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 71 | 68.202.154.76 | 2012-01-08 00:59:58 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 72 | 68.202.41.3 | 2011-12-11 14:11:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 73 | 68.202.87.221 | 2011-11-18 17:04:33 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 74 | 68.204.10.7 | 2011-11-26 18:03:24 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 75 | 68.205.142.29 | 2011-11-19 01:49:56 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 76 | 68.205.220.13 | 2011-12-11 17:00:09 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 77 | 68.205.59.16 | 2011-11-15 23:42:28 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 78 | 68.205.65.201 | 2011-11-16 21:55:31 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 79 | 68.205.94.115 | 2011-12-26 06:49:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 80 | 68.35.238.54 | 2011-12-12 23:18:45 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 81 | 68.42.63.146 | 2011-12-04 06:56:56 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 82 | 68.47.155.185 | 2011-12-19 11:25:20 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 83 | 68.54.199.248 | 2011-12-11 23:12:34 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 84 | 68.59.53.77 | 2011-12-13 19:45:31 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 85 | 69.137.172.248 | 2011-12-11 17:24:50 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 86 | 69.242.240.224 | 2011-12-09 03:06:36 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 87 | 69.247.244.18 | 2012-01-07 14:07:36 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 88 | 70.119.116.39 | 2011-12-15 15:39:25 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 89 | 70.119.185.218 | 2011-12-09 01:20:09 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 90 | 70.119.27.73 | 2011-12-22 02:22:28 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 91 | 70.119.64.238 | 2011-11-16 19:02:12 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 92 | 70.125.23.44 | 2011-12-12 09:14:15 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 93 | 70.126.143.14 | 2011-12-05 22:32:39 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 94 | 70.126.152.28 | 2011-11-16 12:23:04 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 95 | 70.126.174.255 | 2012-01-10 21:35:48 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 96 | 70.168.103.80 | 2012-01-05 11:07:09 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 97 | 70.171.5.74 | 2012-01-15 19:27:52 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 98 | 70.185.108.38 | 2011-12-13 13:23:07 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 99 | 70.185.115.36 | 2012-01-15 22:45:25 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 100 | 70.188.234.66 | 2011-12-22 02:58:15 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 101 | 70.191.241.172 | 2012-01-12 22:25:30 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 102 | 71.180.165.51 | 2011-12-29 17:27:18 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 103 | 71.180.176.252 | 2011-11-16 21:10:31 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 104 | 71.180.180.172 | 2011-12-03 02:58:45 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 105 | 71.180.243.46 | 2011-11-25 00:05:47 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 106 | 71.180.250.182 | 2011-12-21 23:24:44 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 107 | 71.180.250.29 | 2012-01-03 17:02:34 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 108 | 71.180.49.245 | 2012-01-13 09:06:28 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 109 | 71.180.94.129 | 2011-12-31 11:40:30 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 110 | 71.196.100.107 | 2011-11-17 21:57:41 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 111 | 71.196.92.13 | 2012-01-04 02:59:58 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 112 | 71.228.91.29 | 2011-11-24 12:56:33 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 113 | 71.229.120.213 | 2012-01-03 16:01:12 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 114 | 72.184.204.221 | 2011-11-29 12:51:06 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 115 | 72.184.7.191 | 2012-01-01 15:29:10 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 116 | 72.184.89.84 | 2011-12-01 20:37:17 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 117 | 72.185.133.131 | 2011-11-22 12:08:49 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 118 | 72.185.146.141 | 2011-11-15 00:24:34 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 119 | 72.186.77.79 | 2011-11-30 11:10:34 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 120 | 72.187.37.68 | 2011-12-06 02:50:20 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 121 | 72.187.42.4 | 2011-11-30 23:56:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 122 | 72.187.89.13 | 2011-12-08 17:37:40 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 123 | 72.188.147.138 | 2011-12-13 01:18:31 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 124 | 72.188.15.83 | 2011-11-25 10:17:26 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 125 | 72.189.188.20 | 2011-12-03 21:13:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 126 | 72.64.180.13 | 2011-11-29 09:53:10 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 127 | 72.77.135.227 | 2011-12-01 09:18:04 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 128 | 72.77.252.222 | 2011-12-13 14:36:22 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 129 | 72.91.143.76 | 2012-01-13 20:33:08 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 130 | 72.91.175.215 | 2011-11-16 08:03:24 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 131 | 75.74.110.82 | 2011-12-03 09:13:58 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 132 | 75.74.16.16 | 2011-12-18 17:34:24 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 133 | 76.101.237.68 | 2011-12-28 10:45:58 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 134 | 76.106.155.57 | 2011-12-14 01:35:16 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 135 | 76.106.192.201 | 2012-01-06 04:54:52 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 136 | 76.106.198.149 | 2011-11-30 12:43:17 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 137 | 76.109.6.46 | 2011-12-08 03:09:03 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 138 | 76.109.96.228 | 2011-12-30 21:54:07 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 139 | 76.110.103.247 | 2011-12-16 13:37:02 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 140 | 76.110.19.208 | 2011-12-30 17:07:00 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 141 | 76.110.221.89 | 2011-12-06 09:10:56 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 142 | 76.110.233.141 | 2011-11-17 22:32:52 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 143 | 76.122.14.32 | 2011-12-13 13:50:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 144 | 76.122.15.18 | 2011-11-16 05:12:26 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 145 | 76.122.53.105 | 2011-12-15 23:48:59 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 146 | 76.122.59.219 | 2011-12-04 09:05:39 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 147 | 76.18.49.80 | 2011-12-16 11:54:11 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 148 | 76.26.227.19 | 2011-12-19 04:34:22 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 149 | 76.26.243.78 | 2011-12-14 21:43:40 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 150 | 76.26.55.108 | 2011-11-16 11:24:18 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 151 | 96.243.253.44 | 2011-12-14 00:47:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 152 | 96.252.135.53 | 2012-01-06 20:08:48 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 153 | 96.252.141.189 | 2011-12-04 00:48:07 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 154 | 96.252.147.127 | 2011-11-15 12:24:43 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 155 | 96.252.147.208 | 2011-11-25 01:11:57 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 156 | 96.252.157.106 | 2011-11-28 13:34:46 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 157 | 96.252.206.205 | 2011-11-19 22:34:05 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 158 | 96.252.222.251 | 2011-12-18 14:51:02 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 159 | 96.254.117.205 | 2011-12-13 23:52:47 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 160 | 96.254.133.128 | 2011-12-15 15:44:42 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 161 | 96.254.195.249 | 2011-12-16 06:17:44 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 162 | 96.254.45.133 | 2012-01-04 00:27:09 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 163 | 97.100.239.237 | 2012-01-13 23:06:47 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 164 | 97.101.78.87 | 2011-12-13 00:19:24 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 165 | 97.102.148.225 | 2012-01-12 23:12:48 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 166 | 97.102.211.139 | 2012-01-12 22:21:48 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 167 | 97.102.255.22 | 2011-11-28 07:41:17 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 168 | 97.103.49.201 | 2012-01-12 04:59:57 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 169 | 97.104.125.135 | 2011-12-03 19:12:39 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 170 | 97.96.251.248 | 2012-01-05 23:43:09 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 171 | 97.96.66.187 | 2011-12-17 10:43:52 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 172 | 97.97.34.36 | 2011-11-20 16:00:12 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 173 | 98.162.151.194 | 2012-01-02 02:55:29 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 174 | 98.170.226.111 | 2011-11-29 05:09:09 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 175 | 98.180.50.34 | 2011-12-15 18:43:34 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 176 | 98.180.6.34 | 2012-01-02 01:12:23 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 177 | 98.183.41.69 | 2011-12-28 15:22:55 -0500 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 178 | 98.203.104.37 | 2012-01-07 00:19:33 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 179 | 98.203.28.164 | 2011-12-31 02:10:39 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 180 | 98.203.35.223 | 2011-11-26 23:06:26 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 181 | 98.203.63.201 | 2011-11-22 02:59:26 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 182 | 98.203.64.19 | 2011-11-29 02:29:37 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 183 | 98.208.187.124 | 2011-11-19 18:46:11 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 184 | 98.219.106.85 | 2011-11-16 12:53:14 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 185 | 98.224.63.231 | 2012-01-14 16:30:02 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 186 | 98.230.101.187 | 2011-11-17 15:00:48 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 187 | 98.230.46.154 | 2011-11-20 19:36:52 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 188 | 98.242.136.152 | 2011-12-12 23:20:27 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 189 | 98.242.203.102 | 2011-12-24 02:59:53 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 190 | 98.242.208.202 | 2011-12-13 00:22:23 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 191 | 98.242.242.142 | 2011-11-23 19:59:24 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 192 | 98.249.239.168 | 2011-12-26 03:09:57 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 193 | 98.249.250.124 | 2012-01-03 20:43:51 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 194 | 98.254.216.236 | 2011-11-17 01:51:57 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 195 | 98.254.58.18 | 2012-01-15 22:36:42 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |