UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THIRD DEGREE FILMS, INC.,

    VS                                                                 CASE NO.  1:12cv19-RH/GRJ

DOES 1 - 195,

**JUDGMENT**

The plaintiff's claims are dismissed without prejudice.

                                                               JESSICA J. LYUBLANOVITS
                                                                CLERK OF COURT

 April 3, 2012                         s/Pam Lourcey
DATE                                     Deputy Clerk: Pam Lourcey